No. 375. SHERMAN v. ILLINOIS. Certiorari, *ante,* p. 811, to the Supreme Court of Illinois. It is ordered that Nathaniel L. Nathanson, Esquire, of Chicago, Illinois, a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 77. PACIFIC INSURANCE CO., LTD. v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari in this case dismissed on motion of counsel for the petitioner. *Urban E. Wild* and *J. Russell Cades* for petitioner. *Solicitor General Perlman* for the United States.

No. 164, Misc. KARHU v. MICHIGAN. Supreme Court of Michigan and Circuit Court for the County of Ontonagon, Michigan. Certiorari denied. Motion for leave to file petition for writ of mandamus also denied.

No. 153, Misc. ALBERTS v. IOWA. Application denied.

No. 161, Misc. EX PARTE WEBER. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this motion.

No. 166, Misc. WILLIAMS v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.